**Order filed November 22, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00763-CV
_____

### ROLAND GUTIERREZ, Appellant

### V.

### TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

**On Appeal from the 419th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-22-002848**

## O R D E R

The clerk's record in this case was due October 10, 2022. On October 24, 2022, we notified the Civil District Clerk of Travis County that the clerk's record had not been filed. The court has not received a request to extend time for filing the record. The court has not been advised that appellant has not made arrangements to pay for the record. Because the clerk's record has not been filed timely, we issue the following order:

We order the Civil District Clerk of Travis County to the file the clerk's record **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.